U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**

**Dec 11 - 2025**

John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 8:25-PO-161 (GLF) |
| | ) |
| **v.** | ) **Information** |
| | ) |
| **CARLOS JAVIER ESPINOZA-CABRERA,** | ) Violation:      8 U.S.C. § 1325 |
| | )                    [Improper Entry by Alien] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:    St. Lawrence |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about November 1, 2025, in St. Lawrence County in the Northern District of New York, the defendant, **CARLOS JAVIER ESPINOZA-CABRERA**, an alien, eluded examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: December 11, 2025

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
Acting United States Attorney

By:   _____

Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096